**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| RICHARD MARTIN,<br><br>Plaintiff,<br><br>v.<br><br>3M COMPANY and<br>AEARO TECHNOLOGIES LLC<br><br>Defendants. | Case No. 0:19-cv-00520-JRT-KMM |

**STIPULATION TO STAY PROCEEDINGS PENDING TRANSFER TO MDL**

The parties hereby stipulate and agree as follows:

1. This is one of several cases pending in this district where the plaintiff alleges, among other things, that he was injured as a result of using Combat Arms™ earplugs while serving in the U.S. military. Defendants deny Plaintiff's allegations.

2. This Court has stayed many of these cases, including proceedings on any remand motion in removed cases, pending a decision by the Judicial Panel on Multidistrict Litigation regarding whether to transfer the cases to an MDL. For example, in *Cerula*, 19-cv-433-JRT-KMM (Dkt. No. 21), the Court entered a text order that stated:

> IT IS HEREBY ORDERED that these proceedings are stayed in their entirety, over the objection of the plaintiff. This stay includes any obligation on the part of the defendants to Answer or otherwise respond to the Complaint as well as the obligation to respond to the pending Motion to Remand. In order to promote efficient and organized management of this litigation, this case will remain stayed until further order of the Court, following a decision by the Judicial Panel on Multidistrict Litigation regarding whether this case will be transferred to an MDL.

3. Based on the foregoing, the parties hereby stipulate and agree that further proceedings in this matter, including, without limitation, Defendants' responsive pleading to Plaintiff's Complaint, and Plaintiff's possible motion to remand, be stayed pending the JPML's decision.

Dated: March 11, 2019

*<u>/s/ Aram V. Desteian</u>*
Lewis A. Remele, Jr. (#0090724)
Aram V. Desteian (#0396021)
Casey D. Marshall (#395512)
BASSFORD REMELE
A Professional Association
100 South 5th Street, Suite 1500
Minneapolis, MN 55402
Tel.: (612) 333-3000
lremele@bassford.com
adesteian@bassford.com
cmarshall@bassford.com

***Attorneys for Plaintiff Richard Martin***

*<u>/s/ Benjamin W. Hulse</u>*
Jerry W. Blackwell (#186867)
Benjamin W. Hulse (#390952)
Monica L. Davies (#315023)
BLACKWELL BURKE P.A.
Suite 2500
431 South Seventh Street
Minneapolis, MN 55415
Tel.: (612) 343-3200
blackwell@blackwellburke.com
bhulse@blackwellburke.com
mdavies@blackwellburke.com

***Attorneys for Defendant 3M Company***

*<u>/s/ Faris A. Rashid</u>*
Faris A. Rashid (#0391508)
GREENE ESPEL PLLP
222 S. Ninth Street, Suite 2200
Minneapolis, MN 55402
Tel: (612) 373-0830
frashid@greeneespel.com

***Attorney for Defendant***
***Aearo Technologies LLC***